Henry M. Bristol, Respondent, v. Frederick A. Curtiss, Appellant.— Judgment affirmed, with costs.  No opinion.

James McDonough, Respondent, v. George H. Toop, Appellant, Impleaded with Henry C. Irons and John R. Todd.— Judgment reversed, new trial ordered, costs to appellant to abide event, on the authority of *Ryan* v. *Irons* (114 App. Div. 165).

Walter J. Salomon, Respondent, v. William Sperb, Jr., Appellant.— Judgment affirmed, with costs.  No opinion.

William Oppenheim, Respondent, v. Beethoven Englander, Appellant.— Judgment affirmed, with costs. · No opinion.

John J. Pearson and Others, Respondents, v. Emanuel Heilner and Moses J. Wolf, Appellants.— Judgment affirmed, with costs.  No opinion.

Ernest Deuker, as Administrator, etc., of Peter C. Deuker, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment affirmed, with costs.  No opinion.

Emma Schneider, Appellant, v. The Board of Education of the City of New York, Respondent.— Judgment affirmed, with costs.  No opinion.

Margaret O'Connor, Appellant, v. The City of New York, Respondent.  John O'Connor, Appellant, v. The City of New York, Respondent.— Determination in each case affirmed, with costs, on the opinion of Dowling, J., in the court below (reported in 51 Misc. Rep. 560), and judgment ordered for defendant, with costs.

Harry B. Davis, Respondent, v. William Rosenzweig Realty Operating Company, Appellant, Impleaded with William Rosenzweig.— Judgment affirmed, with costs, on authority of *Occidental Realty Co.* v. *Palmer* (117 App. Div. 505).

. Lizzie Cantor, Appellant, v. Ethel B. Robinson, Respondent.— Judgment affirmed, with costs.  No opinion.  (McLaughlin, J., dissenting.)

William F. Donnelly, Appellant, v. Caroline Frances Wight and Marie Louise Wight, Respondents.— Judgment affirmed, with costs, and appeal from decision dismissed.  No opinion.

Clara Cohen, Appellant, v. Interurban Street Railway Company, Respondent. — Determination and judgment affirmed, with costs.  No opinion.

Katharine Englert, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.

Margaret Minch, Respondent, v. Mail and Express Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs.  No opinion.  (Scott and Lambert, JJ., dissenting.)

George W. K. Taylor and Others, as Trustees for Certain Creditors of Milton Schnaier and Louis Schnaier, Composing the Firm of Milton Schnaier & Company, Respondents, v. Margaret D. Hopper, Appellant.— Judgment affirmed, with costs.  No opinion.

John K. Jones, Individually and as Administrator, etc., of Evan Jones, Deceased, and as Administrator, etc., of Mary A. Jones, Deceased, and Others, Respondents, v. New York Elevated Railroad Company and Manhattan Railway